4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNATHAN KETZNER, <br><br> Defendant. | Case:2:20-cr-20346 <br> Judge: Roberts, Victoria A. <br> MJ: Stafford, Elizabeth A. <br> Filed: 08-05-2020 At 04:33 PM <br> INDI USA V. KETZNER (DA) <br><br> **VIOLATIONS:** <br> 18 U.S.C. § 922(g)(1) <br><br> **FORFEITURE:** <br> 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) |

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1) – *Felon in Possession of a Firearm*

On or about April 26, 2020, in the Eastern District of Michigan, the defendant, JOHNATHAN KETZNER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Taurus Spectrum, .380 caliber semi-automatic handgun, that was shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(g)(1) – *Felon in Possession of a Firearm*

On or about May 21, 2020, in the Eastern District of Michigan, the defendant, JOHNATHAN KETZNER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Smith & Wesson 442, .38 caliber revolver, that was shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Count One and Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

Matthew A. Roth
Chief, Major Crimes Unit

*s/Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9641
Paul.Kuebler@usdoj.gov

Dated: August 5, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case:2:20-cr-20346<br>Judge: Roberts, Victoria A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 08-05-2020 At 04:33 PM<br>INDI USA V. KETZNER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: PAK |

**Case Title:** USA v. Johnathan Ketzner

**County where offense occurred:** Lenawee

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

____ Indictment/____ Information --- **no** prior complaint.
✓ Indictment/____ Information --- based upon prior complaint [Case number: 20-mj-30233  ]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 5, 2020
Date

Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9641
Fax: 313-226-2372
E-Mail address: paul.kuebler@usdoj.gov
Attorney Bar #: NY4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.