UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                        Case No.  20-20346
                                                          Honorable Victoria A. Roberts

JOHNATHAN KETZNER,

   Defendant.
_____/

## **ORDER GRANTING MOTION FOR REVOCATION OF BOND**

On May 11, 2021, the Court held a plea hearing.  Attending were Paul Kuebler representing the Government and Mitchell Foster representing the Defendant.  At the plea hearing, Defendant requested the motion for revocation of detention be heard.  The Government does not object to the motion.

Accordingly, the motion is **GRANTED**.  Mr. Ketzner is released on bond.  The motion hearing scheduled for June 2, 2021 is cancelled.

   **IT IS ORDERED**.

                                                   s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated:  5/11/2021